1
2
3
4
5

6    UNITED STATES DISTRICT COURT
     WESTERN DISTRICT OF WASHINGTON
7               AT SEATTLE

8  UNITED STATES OF AMERICA,                )
                                             )
9                         Plaintiff,         )   Case No. MJ-5124
                                             )
10         v.                                )   **DETENTION ORDER**
                                             )
11  MICHEL BUSTOS-PENA,                      )
                                             )
12                        Defendant.         )

13  Offense charged:

14      Conspiracy to Distribute Heroin,
        Distribution Heroin,
15      Possession of Methamphetamine with Intent to Distribute.

16  Date of Detention Hearing: July 13, 2010.

17      The Court, having conducted a detention hearing pursuant to Title 18 U.S.C. § 3142(f), and

18  based upon the factual findings and statement of reasons for detention hereafter set forth, finds

19  that no condition or combination of conditions which the defendant can meet will reasonably

20  assure the appearance of the defendant as required and the safety of any other person and the

21  community.

22           FINDINGS OF FACT AND STATEMENT OF REASONS FOR DETENTION

23      The Court did not receive any information about the defendant's ties to the community,

DETENTION ORDER - 1

1  employment, residence, health, or use of drugs and alcohol.  There is an immigration detainer
2  and the defendant did not contest detention.
3      It is therefore ORDERED:
4      (1)    Defendant shall be detained pending trial and committed to the custody of the
5  Attorney General for confinement in a correctional facility separate, to the extent practicable,
6  from persons awaiting or serving sentences, or being held in custody pending appeal;
7      (2)    Defendant shall be afforded reasonable opportunity for private consultation with
8  counsel;
9      (3)    On order of a court of the United States or on request of an attorney for the
10 Government, the person in charge of the correctional facility in which Defendant is confined
11 shall deliver the defendant to a United States Marshal for the purpose of an appearance in
12 connection with a court proceeding; and
13     (4)    The clerk shall direct copies of this order to counsel for the United States, to
14 counsel for the defendant, to the United States Marshal, and to the United States Pretrial Services
15 Officer.
16     DATED this 13th day of July, 2010.

_____
BRIAN A. TSUCHIDA
United States Magistrate Judge

DETENTION ORDER - 2